No. 93–47.   ARA AUTOMOTIVE GROUP, DIVISION OF REEVES BROTHERS, INC. v. NATIONAL LABOR RELATIONS BOARD.   C. A. 5th Cir.   Certiorari denied.

No. 93–48.   CURTIS v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 93–49.   ELDRIDGE, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF ELDRIDGE, DECEASED v. COBB COUNTY ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 93–54.   KELLEY v. KIRKPATRICK & LOCKHART ET AL. C. A. 11th Cir.   Certiorari denied.

No. 93–55.   BOOKER v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir.   Certiorari denied.

No. 93–56.   HUCKE v. OREGON ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 93–57.   EASTON v. NEW YORK ET AL.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 93–59.   ELECTRICAL WORKERS' PENSION TRUST FUND OF LOCAL UNION #58 ET AL. v. ELECTRIC ONE, INC., ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 93–61.   CASHIN v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 93–62.   COAR v. KAZIMIR ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 93–64.   BI, INDIVIDUALLY AND ON BEHALF OF THE CHILDREN OF KAHN, AND AS REPRESENTATIVE OF THE ESTATE OF KAHN, ET AL. v. UNION CARBIDE CHEMICALS & PLASTICS CO., INC., ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 93–65.   LONG v. ALABAMA.   Ct. Crim. App. Ala.   Certiorari denied.